AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$37,267.73 HELD AT BANK OF NEW YORK MELLON IN A SUSPENSE ACCOUNT & MONIES HELD AT EIGHT OTHER FINANCIAL INSTITUTIONS PURSUANT TO 50 U.S.C. § 1701 ET SEQ., 18 U.S.C. § 981(A)(1)(C), AND 28 U.S.C. § 2461(c) | Case No.   22-sz-7 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the   jurisdiction of the   District of   Columbia   be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

See Attachment A, and Attachments B.1 through B.9, incorporated herein.

AS FURTHER DESCRIBED IN THE AFFIDAVIT

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   04/14/2022
*(not to exceed 14 days)*

☐ in the daytime – 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge   Zia M. Faruqui   .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   03/31/2022

Judge's signature: Zia M. Faruqui  2022.03.31 18:51:36 -04'00'

City and state:   District of Columbia        Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 22-sz-7 | Date and time warrant executed: 3/31/2022  19:30 EDT | Copy of warrant and inventory left with: Providers' official service accounts |
| Inventory made in the presence of: Providers' official service accounts | | |

Inventory of the property taken:

On 3/31/2022, warrants were served via email to all nine banks providers' official service accounts.
The following assets were provided to the USMS:

| Received | US Bank | Original Wire Date | Amount | Received | US Bank | Original Wire Date | Amount |
|---|---|---|---|---|---|---|---|
| 4/28/2022 | B of A | 5/23/2018 | $1,000.70 | 5/16/2022 | Citibank, N.A. | 3/26/2014 | $316,950.89 |
| 4/28/2022 | B of A | 5/19/2021 | $1,000.28 | 5/16/2022 | Citibank, N.A. | 8/26/2015 | $9,010.00 |
| 4/15/2022 | BNP Paribas | 7/6/2018 | $20,099.86 | 5/16/2022 | Citibank, N.A. | 2/5/2018 | $15,044.45 |
| 4/15/2022 | BNP Paribas | 7/6/2018 | $10,046.29 | 5/16/2022 | Citibank, N.A. | 4/11/2018 | $16,380.51 |
| 4/15/2022 | BNP Paribas | 3/15/2018 | $9,979.31 | 5/9/2022 | Deutsche Bank | 12/22/2016 | $1,758.89 |
| 4/15/2022 | BNP Paribas | 3/14/2018 | $19,958.26 | 5/2/2022 | Deutsche Bank | 12/27/2017 | $5,107.37 |
| 4/15/2022 | BNP Paribas | 10/16/2018 | $15,687.16 | 4/14/2022 | BYNM | 3/6/2018 | $3,382.07 |
| 4/15/2022 | BNP Paribas | 10/16/2018 | $10,065.32 | 4/14/2022 | BYNM | 1/19/2016 | $12,327.08 |
| 4/15/2022 | BNP Paribas | 1/15/2019 | $8,812.93 | 4/14/2022 | BYNM | 1/15/2016 | $1,021.95 |
| 4/15/2022 | BNP Paribas | 1/15/2019 | $6,675.59 | 4/14/2022 | BYNM | 12/28/2016 | $13,789.77 |
| 4/15/2022 | BNP Paribas | 4/8/2019 | $11,097.60 | 4/14/2022 | BYNM | 1/29/2018 | $3,053.42 |
| 4/15/2022 | BNP Paribas | 7/6/2019 | $9,820.27 | 4/14/2022 | BYNM | 1/29/2019 | $1,198.60 |
| 4/15/2022 | BNP Paribas | 10/23/2019 | $8,660.05 | 4/14/2022 | BYNM | 7/29/2019 | $2,008.27 |
| 4/15/2022 | BNP Paribas | 1/31/2020 | $5,180.59 | 4/14/2022 | BYNM | 11/2/2020 | $1,200.01 |
| 4/26/2022 | JPMC | 5/27/2014 | $39,600.00 | 4/20/2022 | TD Bank | 8/8/2014 | $1,000.00 |
| 4/26/2022 | JPMC | 9/25/2019 | $5,741.63 | 4/12/2022 | Wells Fargo | 10/21/2019 | $1,517.86 |
| 4/14/2022 | State Bank of India | 3/1/2018 | $21,440.32 | | | | |

Citibank NA advised the 4/13/2017 wire for $21,831.40 was located in London, UK and could not be provided without additional approvals from the UK government.  JPMC advised the 12/22/2016 wire for $1,274.69 was located in London, UK and could not be provided without additional approvals from the UK government.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/16/2022

*Executing officer's signature*

Special Agent Joy Gallante
*Printed name and title*